IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **KENNETH ANTWAN DOWNER,** | : | |
| Plaintiff, | : | |
| v. | : | Case No. 3:22-cv-00057-TES-CHW |
| **ELBERT COUNTY DETENTION CENTER,** *et al.*, | : | Proceedings Under 42 U.S.C. § 1983 Before the U.S. Magistrate Judge |
| Defendants. | : | |

## ORDER

*Pro se* Plaintiff Kenneth Downer again seeks the appointment of counsel to represent him in this case. (Doc. 50). For the reasons explained in the Court's previous order (Doc. 14), Plaintiff's motion is **DENIED**. Plaintiff is reminded that no right to counsel exists in a civil case. *Wahl v McIver*, 773 F.2d 1169, 1174 (11th Cir. 1986). Should it later become apparent that legal assistance is required to avoid prejudice to Plaintiff's rights, then the Court, **on its own motion**, will consider assisting Plaintiff in securing legal counsel at that time.

Attached to Plaintiff's motion was a lettering expressing frustration that he has not had sufficient law library time at his current prison. (Doc. 50-2). The Court construes Plaintiff's letter as a request for additional time to respond to Defendant's motion for summary judgment. Defendant shall have until January 12, 2024 to respond to the motion.

**SO ORDERED**, this 5th day of December, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1