IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **KENNETH ANTWAN DOWNER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:22-cv-00057-TES-CHW |
| | : | |
| **ELBERT COUNTY DETENTION CENTER,** *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendants. | : | |
| | : | |

## ORDER

Plaintiff Kenneth Downer, *pro se*, has submitted a letter expressing frustration regarding insufficient law library time at his current prison such that he "cannot finish [his] motion for summary judgment." (Doc. 54). Defendant filed a motion for summary judgment on November 15, 2023. (Doc. 42). The Court interpreted a previous letter as a request for additional time to respond to Defendant's motion and extended Plaintiff's time to respond to January 12, 2024. (Doc. 51). Plaintiff then filed what he labeled as his own motion for summary judgment (Doc. 52), to which Defendant responded. (Doc. 53). Out of an abundance of caution due to Plaintiff's *pro se* status, the Court construes Plaintiff's letter as a request for additional time to respond to Defendant's motion for summary judgment *and* to reply to Defendant's response to Plaintiff's motion for summary judgment should Plaintiff choose to file a reply. Plaintiff shall have until March 22, 2024 to file these briefs.

**SO ORDERED**, this 21st day of February, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1